UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAHLBURGERS I, LLC,<br>　　　　Plaintiff,<br><br>　　　v.<br><br>JOSE DE LA CRUZ, an individual, BACKYARD BBQ VILLAGE, INC., a California corporation, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 5:24-cv-01545-CAS-SPx<br><br>**ORDER RE: TEMPORARY RESTRAINING AND ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE** |

## ORDER

This Court, having considered the *Ex Parte* Application for Temporary Restraining Order and Preliminary Injunction ("*Ex Parte* Application") by Plaintiff Wahlburgers I, LLC ("Plaintiff" or "Wahlburgers"), Plaintiff's Memorandum of Points and Authorities in support thereof, the Declarations of Alan McKenna and Christopher N. McAndrew, and the supporting exhibits filed therewith, orders as follows:

The *Ex Parte* Application is GRANTED, based upon the following:

1. Plaintiff has a strong likelihood of success on its claims against Defendants Jose De La Cruz and Backyard BBQ Village, Inc. (collectively, "Defendants"); and

2. Plaintiff will suffer irreparable injury in the form of damage to its business and reputation, lost profits and damage to the strength of its registered trademarks in WAHLBURGERS, the stylized "W" logo, and OUR FAMILY, OUR STORY, OUR BURGERS® (collectively the "Marks"), loss of the ability to control the use of its Marks, loss of the ability to control the quality of services and/or goods on which its Marks are used, and loss of customers and valuable goodwill;

3. The nature of Defendants' conduct and continued infringement is such that immediate relief is warranted in order to prevent Defendants from moving, concealing, or destroying evidence, infringing signage and other materials, and/or records relating to the infringement.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. An Order shall issue immediately:
   a. Enjoining Defendants from:
      i. Using Plaintiff's Marks, as well as any other colorable imitation of Plaintiff's Marks that is likely to cause confusion, mistake, or deception or to impair the

distinctiveness of Plaintiff's Marks, for any commercial purpose;

    ii. Using Plaintiff's Marks, trade names, trademarks, or service marks, or any version thereof, or the names, images, or likenesses of Plaintiff's founders, Paul Wahlberg, Mark Wahlberg, and Donald "Donnie" Wahlberg, in connection with the description, marketing, promotion, advertising, or sale of goods or services not associated with or approved by Plaintiff.

b. Setting security in the amount of $25,000 pursuant to Federal Rule of Civil Procedure 65(c).

**IT IS FURTHER ORDERED:**

Defendants shall file a response, if any, on or before August 21, 2024.

The Parties shall appear at 10:00 a.m. on August 26, 2024, before the Honorable Christina A. Snyder by Zoom to show cause why a Preliminary Injunction should not be ordered according to the terms and conditions set forth above. The following is the Zoom Webinar Information:

Webinar ID: 161 024 0348

Passcode: 055182

Zoom Webinar Information can also be found on the Court's Website, under Judge Snyder's Procedures and Schedules.

This Order shall remain in effect until fourteen (14) calendar days from the date hereof, or until the conclusion of the hearing identified above, whichever is sooner.

**IT IS SO ORDERED.**

Dated: August 12, 2024

Christina A. Snyder
UNITED STATES DISTRICT JUDGE

-3-